COMER v. THE STATE.

FISH, C. J.   1. There was ample evidence to authorize the charge on the law of confessions.

2. The verdict was fully warranted by the evidence, and the court did not err in overruling the motion for a new trial.

3. The foregoing deals with all the grounds of the motion for a new trial referred to in the brief of counsel for plaintiff in error.

*Judgment affirmed.   All the Justices concur.*

Submitted January 15,—Decided February 16, 1906.

Indictment for murder.   Before Judge Felton.   Houston superior court.   December 16, 1905.

*John R. Cooper,* for plaintiff in error.   *John C. Hart, attorney-general,* and *William Brunson, solicitor-general,* contra.